# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA JOHNSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| THE VANGUARD GROUP, INC., | : | No. 13-4407 |
| Defendant. | : | |

## ORDER

AND NOW, on January 13, 2015, in accordance with my accompanying memorandum opinion, it is hereby **ORDERED** that Judgment is entered in favor of the Defendant, The Vanguard Group, Inc., and against the Plaintiff, Christina Johnson.

BY THE COURT:

_/s/ Timothy R. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE